1   RODGER R. COLE (CSB No. 178865)                    ** E-filed February 17, 2012 **
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:     650.988.8500
    Facsimile:     650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone:     (415) 875-2300
    Facsimile:     (415) 281-1350
11
    Attorneys for DEFENDANT
12  CARRIER IQ, INC.

13

14                          UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17

18  DAO PHONG, an individual, on behalf of herself    Case No.: 5:11cv06333-HRL
    and others similarly situated,
19                                                     [PROPOSED] ORDER GRANTING
                           Plaintiffs,                 STIPULATION FOR CONTINUANCE
20                                                     OF TIME FOR DEFENDANTS
                    v.                                 CARRIER IQ, INC. AND HTC
21                                                     AMERICA, INC. TO RESPOND TO
    CARRIER IQ, INC.; HTC AMERICA, INC.,               COMPLAINT AND FOR
22                                                     CONTINUANCE OF CASE
                           Defendants.                 MANAGEMENT CONFERENCE
23

24          Pursuant to stipulation, it is SO ORDERED. The Case Management Conference, currently set for
25  March 13, is continued to May 15, 2012. The parties shall file a Case Management Statement on or
    before May 8, 2012.
26  Dated:  February 16, 2012

27                                          _____
                                            Honorable Howard R. Lloyd
                                            United States Magistrate Judge
28